## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                   **PLAINTIFF**

**v.**                    **CASE NO. 4:18-CR-00398-01 BSM**

**LIU XUEJUN**                                                **DEFENDANT**

### ORDER

Defendant Liu Xuejun's case is on the active docket. A warrant was issued for him on August 6, 2018 but he has not been arrested and his whereabouts are unknown. Xuejun's case is therefore transferred to the fugitive list, and will be returned to the active docket when he is arrested.

IT IS SO ORDERED this 10th day of June, 2020, nunc pro tunc to October 2, 2018.

_____
UNITED STATES DISTRICT JUDGE